BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
GINA TOMASELLI, CSBN 267090
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5602
    Facsimile: (415) 744-0134
    E-Mail: Gina.Tomaselli@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JEFF EARL SESSIONS,<br><br>       Plaintiff,<br><br>   vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security Administration,<br><br>       Defendant. | No. 2:17-cv-00879-DB<br><br>**STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G)** |

      Plaintiff Martha A. Estrada and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security (the Commissioner), stipulate, with the approval of this Court, to remand the above-captioned case to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings.

      On remand, the administrative law judge (ALJ) will consider whether Plaintiff has transferable skills to perform other work that exists in significant numbers in the economy.

                                 Respectfully submitted,

Date:   December 4, 2017          By:   /s/ Young Chul Cho *
                                        YOUNG CHUL CHO
                                        ROHLFING & KALAGIAN, LLP
                                        Attorney for plaintiff

                                        (*by email authorization on 12/4/17)


Date:   December 4, 2017                BENJAMIN B. WAGNER
                                        United States Attorney
                                        DEBORAH LEE STACHEL
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                                  By:   /s/ Gina Tomaselli
                                        GINA TOMASELLI
                                        Special Assistant United States Attorney

                                        Attorneys for Defendant


## <u>ORDER</u>

Pursuant to the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court shall

enter judgment for plaintiff, and close this case.

Dated:  December 8, 2017


_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE


DLB:6
DB\orders\orders.soc sec\sessions0879.stip.remand.ord

2